# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>McConnell, Chapter 11 Trustee v. GLR, LLC, a Delaware limited liability company et al, GRL, LLC, a Delaware limited liability company | Case No.: 9:19-bk-11573-MB<br>Adversary No.: 9:20-ap-01006-MB<br><br>CHAPTER 11<br><br>NOTICE OF RESCHEDULING OF STATUS CONFERENCE HEARING<br><br>**NEW DATE:** APRIL 17, 2020<br>TIME: 10:00 A.M<br>Place: COURTROOM 201<br>1415 STATE STREET<br>SANTA BARBARA, CA 93101 |

Notice is hereby given that the Status Conference, previously set for March 12, 2020, at 10:00 a.m., has been **rescheduled to a new date April 17, 2020 at 10:00 a.m.** (on the same day), before the Honorable Martin R. Barash, United States Bankruptcy Judge, at 1415 State Street, Courtroom 201, Santa Barbara, California 93101.

DATED: February 12, 2020                                   By: /s/ Amber Ortiz

Deputy Clerk, U.S. Bankruptcy Court