| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ERIC P. ISRAEL (State Bar No. 132426)<br>eisrael@DanningGill.com<br>ZEV SHECHTMAN (State Bar No. 266280)<br>zs@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff and Counterdefendant | FOR COURT USE ONLY<br><br><br><br>**FILED & ENTERED**<br><br>**APR 24 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** ortiz    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*NORTHERN* DIVISION**

| In re:<br><br>HVI CAT CANYON, INC.,<br><br><div align="right">Debtor(s)</div><br><br>MICHAEL A. McCONNELL, CHAPTER 11 TRUSTEE,<br><br><div align="right">Plaintiff and Counterdefendant<br>vs.</div><br><br>GLR, LLC, a Delaware limited liability company; and GRL, LLC, a Delaware limited liability company.<br><br><div align="right">Defendants and Counterclaimants</div> | CASE NO.: 9:19-bk-11573-MB<br>CHAPTER: 11<br>ADVERSARY NO: 9:20-ap-01006-MB<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: 4/17/2020<br>TIME: 10:00 a.m.<br>COURTROOM: 201<br>ADDRESS: 1415 State Street, Santa Barbara, CA 93101 |
|---|---|

1. A status conference took place on the date and time indicated above.

2. Parties and counsel were present as reflected in the court record.

3. This matter is disposed of as follows:

    a. ☒ **Continued to the following date for a further status conference:** (*date*) <u>7/15/2020</u>    (*time*) <u>2:30 p.m.</u>

    b. ☒ A <u>brief</u> joint status report <u>updating the Court on developments since 4/17/2020</u>, must be filed and served, including a judge's copy, by (*date*): <u>7/1/2020</u>

    c. ☒ **The last day to join other parties and to amend pleadings is** (*specify date*): <u>10/30/2020</u>

    d. ☒ **The last day for <u>case dispositive</u> pre-trial motions to be filed and served, including a judge's copy, is** <u>12/4/2020.</u>

1586280.1  26932    This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014                                    Page 1                              F 7016-1.2.ORDER.STATUS.CONF

e.  ☐  The last date for pre-trial motions to be heard is (*date*): _____

f.  ☒  **The last day for discovery to be completed, including receiving responses to discovery requests, is (*date*): 10/30/2020**

g.  ☐  A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (*date*) _____ (*time*) _____
    ☐  No pre-trial stipulation or pre-trial order is required

h.  ☐  A pre-trial conference is set for (*date*) _____ (*time*) _____
    ☐  No pre-trial conference is required

i.  ☐  Estimate of time for trial (*specify number of hours*): _____

j.  ☐  A trial is set for (*date*) _____ (*time*) _____

k.  ☐  The adversary proceeding is dismissed for failure to appear or prosecute
        ☐ with prejudice   ☐ without prejudice

l.  ☐  Notice of next status conference or pre-trial conference date is waived

m.  ☒  ~~Other (*specify*):The deadline to file any case-dispositive motions is 12/4/2020.~~

###

Date: April 24, 2020

Martin R Barash
United States Bankruptcy Judge

1586280.1  26932   This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014                                Page 2                         F 7016-1.2.ORDER.STATUS.CONF